1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KHALAFALA KHALAFALA,              No. CIV S-07-0771-GEB-CMK-P

12              Plaintiff,

13         vs.                          ORDER

14    CHRISTOPHER HYDEN-MYER,

15              Defendant.

16    _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19    pauperis (Doc. 2).  Plaintiff's complaint will be addressed separately.

20              Plaintiff has submitted a declaration that makes the showing required by 28

21    U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22              Accordingly, IT IS HEREBY ORDERED that:

23              1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

24              2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this

25    action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

26    / / /

1

Dockets.Justia.com

1        3.       No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2  § 1915(b)(1); and

3        4.       Plaintiff will be obligated for monthly payments of twenty percent of the

4  preceding month's income credited to plaintiff's prison trust account, such payments to be

5  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7  § 1915(b)(2).

8

9  DATED:   May 9, 2007.

10

11  _____

   **CRAIG M. KELLISON**
12  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26