1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KHALAFALA KHALAFALA,                2:07cv771-GEB-CMK-P

12              Plaintiff,

13         vs.                          ORDER

14   CHRISTOPHER HYDEN-MEYER,

15              Defendant.

16   _____/

17         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   Eastern District of California local rules.

20         On May 24, 2007, the magistrate judge filed findings and recommendations herein

21   which were served on the parties and which contained notice that any objections to the findings

22   and recommendations were to be filed within 20 days.  No objections to the findings and

23   recommendations have been filed.

24         The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The findings and recommendations filed May 24, 2007, are adopted in

3    full;

4        2.    This action is dismissed without prejudice; and

5        3.    The Clerk of the Court is directed to enter judgment and close this file.

6    Dated:  July 6, 2007

7

8    GARLAND E. BURRELL, JR.
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26